UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOM MCMAHON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-368-B |
| | § | |
| ZENITH FINANCIAL NETWORK, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff has informed the Court that this case has settled. Accordingly, the Court **ORDERS** the parties to present to the Court a final judgment or agreed order of dismissal on or before **April 29, 2013.** All other dates and deadlines associated with this case are hereby **vacated**.

SO ORDERED.

SIGNED: February 26, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-